**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>        Plaintiff,<br><br>    vs.<br><br>MARTHA G. RODRIGUEZ; et al.,<br><br>        Defendants. | **2:16-cv-294-JAM-CKD**<br><br>**ORDER**<br><br>Complaint served February 19, 2016 |

**ORDER**

         Pursuant to the stipulation of counsel, and for good cause appearing, the Court orders:

         1. Defendants time to answer or otherwise respond to Plaintiff's Complaint be extended to and including the date of April 8, 2016.

2:16-cv-294
[Proposed] Order                                          - 1 -

```
Dated:   3/14/2016

                              /s/ John A. Mendez_____

                              United States District Court Judge
```