**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| SCOTT JOHNSON,<br><br>　　　　Plaintiff,<br><br>　　vs.<br><br>MARTHA G. RODRIGUEZ; et al.,<br><br>　　　　Defendants. | **2:16-cv-294-JAM-CKD**<br><br>**ORDER**<br><br>Complaint served February 19, 2016 |

**[PROPOSED] ORDER**

　　　　Pursuant to the stipulation of counsel, and for good cause appearing, the Court orders:

　　　　1. Defendants time to answer or otherwise respond to Plaintiff's Complaint be extended to and including the date of April 15, 2016.

Dated:  4/11/2016

　　　　　　　　　　　　　　　　/s/ John A. Mendez_____

　　　　　　　　　　　　　　　　United States District Court Judge

2:16-cv-294
[Proposed] Order                                           - 1 -